# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Charity Sportsman,

Plaintiff(s),

v.

California Overland, Ltd. et al,

Defendant(s).

Case No. 1:16-cv-09004
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the Defendants, California Overland, Ltd.; David Juneau and against Plaintiff, Charity Sportsman.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss for lack of personal jurisdiction [8].

Date: 3/23/2017

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez, Deputy Clerk